# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

# CR 16 178

MICHAEL GERARD TRENT,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 641 – Theft of Government Property;
18 U.S.C. § 1028 A – Aggravate Identity Theft;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine

---

A true bill.

_____ Foreman

Filed in open court this 26th day of April, 2016.

SALLIE KIM
United States Magistrate Judge     Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

18 U.S.C. § 641 -- Theft of Government Property (Count 1)
18 U.S.C. § 1028A -- Aggravated Identity Theft (Count 2)
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) -- Possession of Controlled Substance with Intent to Distribute (Count 3)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Penalty Sheet Attachment.

### DEFENDANT - U.S.

▶ MICHAEL GERARD TRENT

**DISTRICT COURT NUMBER**
CR 16 178

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Katherine M. Lloyd-Lovett

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

Count 1 (18 U.S.C. § 641): 10 years imprisonment; $250,000 fine; 3 years supervised release; and a $100 mandatory special assessment.

Count 2 (18 U.S.C. § 1028A): 2 years mandatory consecutive term of imprisonment; $250,000 fine; 1 year supervised release; and a $100 mandatory special assessment.

Count 3 (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)): between 5 years and 40 years imprisonment; $5,000,000 fine; between 4 years and lifetime supervised release; and a $100 mandatory special assessment.

```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                        NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,         )   NO. CR 16  178
                                      )
12       Plaintiff,                   )   VIOLATIONS: 18 U.S.C. § 641 - Theft of
                                      )   Government Property; 18 U.S.C. § 1028A -
13    v.                              )   Aggravated Identity Theft; 21 U.S.C. § 841(a)(1) -
                                      )   Possession of Controlled Substance with Intent to
14  MICHAEL GERARD TRENT,             )   Distribute; 18 U.S.C. § 981(a)(1), 21 U.S.C. § 853
                                      )   and 28 U.S.C. § 2461(c) - Forfeiture Allegation
15       Defendant.                   )
                                      )   SAN FRANCISCO VENUE
16                                    )
                                      )
17  _____   )
18
19                                    I N D I C T M E N T
20  The Grand Jury charges:
21  COUNT ONE: (18 U.S.C. § 641 – Theft of Government Property)
22       1.      On or about September 17, 2012, in the Northern District of California and elsewhere,
23  defendant,
24                                    MICHAEL GERARD TRENT,
25  did knowingly and willfully embezzle, steal, purloin and convert to his own use and to the use of another
26  money and things of value of the United States and a department and agency thereof, namely, Social
27  Security benefits from the United States Social Security Administration, in excess of $1,000, to which
28  he was not entitled, in violation of Title 18, United States Code, Section 641.
```




INDICTMENT                                  1

COUNT TWO: (18 U.S.C. § 1028A – Aggravated Identity Theft)

2. On or about September 17, 2012, in the Northern District of California and elsewhere, defendant,

MICHAEL GERARD TRENT,

during and in relation to a felony violation of 18 U.S.C. § 641, as alleged in Count One, did knowingly possess and use, and cause to be used, without lawful authority, a means of identification of another person, specifically the identity of M.T., knowing that the means of identification belonged to another person, in violation of Title 18, United States Code, Section 1028A.

COUNT THREE: (21 U.S.C. § 841(a)(1) – Possession of Controlled Substance with Intent to Distribute)

3. On or about January 28, 2015, in the Northern District of California and elsewhere, defendant,

MICHAEL GERARD TRENT,

knowingly and intentionally possessed with the intent to distribute a Schedule II controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

FORFEITURE ALLEGATION:     (18 U.S.C. §§ 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c))

4. All of the factual allegations contained in this Indictment are re-alleged and incorporated as if fully set forth here.

5. Upon conviction of the offense alleged in Count One in the Indictment, defendant,

MICHAEL GERARD TRENT,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

6. Upon conviction of the offense alleged in Count Three in the Indictment, defendant,

MICHAEL GERARD TRENT,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said

INDICTMENT                                            2

| | |
|---|---|
| 1 | violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate |
| 2 | the commission of the said violation. |
| 3 | 7. If any of the property described above, as a result of any act or omission of the defendant: |
| 4 | a. cannot be located upon the exercise of due diligence; |
| 5 | b. has been transferred or sold to, or deposited with, a third party; |
| 6 | c. has been placed beyond the jurisdiction of the court; |
| 7 | d. has been substantially diminished in value; or |
| 8 | e. has been commingled with other property which cannot be divided without |
| 9 | difficulty; |
| 10 | the United States of America shall be entitled to substitute property pursuant to Title 21, United States |
| 11 | Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). |
| 12 | All in violation of Title 18, United States Code, Sections 981(a)(1)(C), Title 21, United States |
| 13 | Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of |
| 14 | Criminal Procedure. |
| 15 | DATED: 4/26/16 |
| | A TRUE BILL |
| 17 | |
| | _____ |
| | FOREPERSON |
| 20 | |
| 21 | BRIAN J. STRETCH<br>United States Attorney |
| 22 | |
| 23 | _____ |
| 24 | PHILIP A. GUENTERT<br>Deputy Chief, Criminal Division |
| 25 | |
| 26 | (Approved as to form: _Katie Lloyd-Lovett_ )<br>KATHERINE M. LLOYD-LOVETT<br>Special Assistant U.S. Attorney |

INDICTMENT                                             3